In the Matter of ARDMAR REALTY COMPANY, Appellant, v ZONING BOARD OF APPEALS OF VILLAGE OF TUCKAHOE et al., Respondents. [747 NYS2d 773]

Contrary to the petitioner's contentions, the Supreme Court properly denied its petition and dismissed the instant proceeding, since the petitioner "failed to carry [its] burden of showing that [its] contemplated use of the subject property 'conforms with the standards imposed by the zoning ordinance'" (*Matter of Wal-Mart Stores v Planning Bd. of Town of N. Elba,* 238 AD2d 93, 99, quoting *Matter of Monro Muffler/Brake v Town Bd. of Town of Perinton,* 222 AD2d 1069; *see Matter of Schadow v Wilson,* 191 AD2d 53, 57).

The petitioner's remaining contentions are without merit. Ritter, J.P., Florio, Friedmann and Cozier, JJ., concur.